UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.  3:15cr26-TKW-EMT
 3:17cv550-TKW-EMT

PAUL R. BLOOM,

    Defendant.
_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc.68) and Defendant's objections (Doc. 69). Based on the my de novo review of the issues raised in the objections, I find that the magistrate judge fully addressed—and correctly analyzed—the ineffective assistance of counsel claim raised by Defendant in his §2255 motion. Indeed, the Court finds no merit in Defendant's assertion that the magistrate judge denied Defendant due process by "ignoring" the claim raised in his motion. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's §2255 motion to vacate, set aside, or correct his sentence (Doc. 62) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 2nd day of March, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**